**No. 53623.**—American Pistachio Corporation *v.* United States, protest 145566–K (New York).

Opinion by CLINE, J. When this case was called for trial there was no appearance on the part of the plaintiff. T. D. 51970 became effective on July 30, 1948, and it appeared from the official papers that the entry was made on or about July 19, 1948. The presumption of correctness attaching to the collector's decision, not having been overcome, the protest was overruled.

**No. 53624.**—Mrs. Carl White *v.* United States, protest 145568–K (New York).

Opinion by CLINE, J. When the case was called for trial there was no appearance on the part of the plaintiff. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.

**No. 53625.**—Budde & Westermann et al. *v.* United States, protests 57968–K, etc. (New York).

Opinion by EKWALL, J. It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142). In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protests were sustained to this extent.

**No. 53626.**—Wm. Popkin *v.* United States, protest 127853–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388), the claim for free entry under paragraph 1681 was sustained.